## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD J. BURKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.    07-CV-76 DRH |
| ) | |
| **THE LAKIN LAW FIRM, PC, et al,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceedings in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge Michael J. Reagan.   All further documents filed in this matter shall bear case number 07-CV-76-MJR.

**IT IS SO ORDERED**.

DATED:  This 30th  day of January, 2007.

/s/       David   RHerndon
UNITED STATES DISTRICT JUDGE